No. 92–550. SAARI v. SMITH BARNEY, HARRIS UPHAM & CO., INC. C. A. 9th Cir. Certiorari denied.

No. 92–553. KAHN ET AL. v. KOHLBERG, KRAVIS, ROBERTS & CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–559. DUVAL COUNTY, TEXAS, ET AL. v. PEREZ ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–570. SHARPTON v. TURNER, ALBANY COUNTY JUDGE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–599. LINARES ET AL. v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–618. MCCANN ET AL. v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 92–619. PATRICK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–661. ROSS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–667. TENAX CORP. ET AL. v. TENSAR CORP. C. A. Fed. Cir. Certiorari denied.

No. 92–5015. COOGAN v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 92–5199. BITTENBENDER v. TAYLOR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5256. AGUIRRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5376. CALIA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5384. CARVER v. CARVER ET AL. C. A. 11th Cir. Certiorari denied.